UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID TURNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD.,<br><br>Defendants. | Case No.: 3:18-cv-01361<br>JUDGE RICHARDSON<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff DAVID TURNER, individually and on behalf of all others similarly situated, hereby files this notice of voluntary dismissal of this action **without prejudice** under Rule 41(a)(1)(A)(i). Per Rule 41(a)(1)(A)(i), leave of Court is not required because no defendant in this action has filed an answer or a motion for summary judgment.

Dated: December 31, 2018

Respectfully submitted,

By: */s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
Benjamin A. Gastel (BPR 28699)
Tricia Herzfeld (BPR 26014)
**BRANSTETTER, STRANCH & JENNINGS PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com
triciah@bsjfirm.com

1

W. Daniel "Dee" Miles, III, *pro hac vice*
H. Clay Barnett, III, *pro hac vice*
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street Montgomery,
Alabama 36104
Tel: (334) 269-2343
dee.miles@beasleyallen.com
clay.barnett@beasleyallen.com

Adam J. Levitt, *pro hac vice*
John E. Tangren, *pro hac vice*
Daniel R. Ferri, *pro hac vice*
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dlcfirm.com
jtangren@dlcfirm.com
dferri@dlcfirm.com

Benjamin L. Bailey, *pro hac vice forthcoming*
Jonathan D. Boggs, *pro hac vice forthcoming*
Michael L. Murphy, *pro hac vice forthcoming*
**BAILEY GLASSER LLP**
209 Capitol Street
Charleston, West Virginia 25301
Tel: (304) 345-6555
bbailey@baileyglasser.com
jboggs@baileyglasser.com
mmurphy@baileyglasser.com

Daniel A. Schlanger, *pro hac vice forthcoming*
**SCHLANGER LAW GROUP, LLP**
9 East 40th Street, Suite 1300
New York, New York 10016
Tel: (212) 250-6114
dschlanger@consumerprotection.net

Kim E. Richman, *pro hac vice*
**RICHMAN LAW GROUP**
81 Prospect Street

Brooklyn, New York 11201
Tel: (212) 687-8291
krichman@richmanlawgroup.com

Jeffrey Kaliel, *pro hac vice forthcoming*
**KALIEL PLLC**
1875 Connecticut Avenue NW, Tenth Floor
Washington DC 20009
Tel: (202) 350-4783
jkaliel@kalielpllc.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2018, a copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below and on the electronic filing receipt. All other parties will be served by regular U.S. Parties may access this filing through the Court's electronic filing system:

Brigid M. Carpenter (TN BPR 10478)
John S. Hicks (TN BPR 018134)
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
211 Commerce Street, Ste. 800
Nashville, TN 37201
Tel: 615-726-5600
jhicks@bakerdonelson.com
bcarpenter@bakerdonelson.com

                                        BRANSTETTER, STRANCH &
                                      JENNINGS, PLLC

                        By:       /s/ *J. Gerard Stranch, IV*
                                        J. Gerard Stranch, IV